Derek RIVERS, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2006–7141.

United States Court of Appeals,
Federal Circuit.

July 17, 2006.

Derek Rivers, pro se.

ON MOTION

*ORDER*

Upon consideration of Derek Rivers' motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.